IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JERRY DON MALDONADO

No. 2:19-CR-058-Z (01)
ECF

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Jerry Don Maldonado, in support of which the United States shows as follows:

On January 16, 2020, Jerry Don Maldonado, defendant, was sentenced by United States District Judge Matthew J. Kacsmaryk, to a term of incarceration of 37 months, to be followed by a term of supervised release of 3 years, with conditions, upon his conviction of Convicted Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).   Maldonado began serving his current term of supervised release on December 23, 2024.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Standard Condition No. 2:** The defendant shall report to the probation officer as directed by the Court or the probation officer and submit a truthful and complete written report within the first five (5) days of each month.

**Violation of Standard Condition No. 3:** The defendant shall answer truthfully all

**Jerry Don Maldonado**
**Government's Motion to Revoke Supervised Release - Page 1**

inquiries by the probation officer and follow the instructions of the probation officer.

## II.

Defendant **Maldonado** violated these conditions in that:

1. On or about April 16, 2026, the defendant failed to report to the U.S. Probation Office as directed.

## III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending his final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov

**Jerry Don Maldonado**
**Government's Motion to Revoke Supervised Release - Page  2**